UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-21934-KMW

WINDY LUCIUS,

    Plaintiff,

v.

FIVE STAR JEWELERS, INC.

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed by Defendant FIVE STAR JEWELERS, INC., Plaintiff WINDY LUCIUS hereby gives notice that she voluntarily dismisses all claims against Defendant with prejudice, and requests that this Court terminate the action.

Dated: July 1, 2021        Respectfully submitted,

                                          */s/ J. Courtney Cunningham*
                                          J. Courtney Cunningham, Esq.
                                          J. COURTNEY CUNNINGHAM, PLLC
                                          FBN: 628166
                                          8950 SW 74th Court, Suite 2201
                                          Miami, FL 33156
                                          T:  305-351-2014
                                          cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                          */s/ J. Courtney Cunningham*
                                          J. Courtney Cunningham, Esq.